# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD WILLIS, et al.,** | }
}  |
| **Plaintiffs,** | }
} |
| v. | } Case No.: 2:20-cv-00574-RDP
} |
| **SWEET HOMELIFE LLC, et al.,** | }
} |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 19), filed November 24, 2020, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this November 30, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE